UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 0 7 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TRACEE L. DELEON, | § § § | |
| PLAINTIFF | § § | |
| VS. | § § | CIVIL ACTION NO. V-04-13 (JURY DEMANDED) |
| ALCOA, INC., | § § | |
| DEFENDANT | § | |

## ORDER ON STIPULATION TO DISMISS

After considering the parties stipulation to dismiss, the court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on _March 7_, 2005.

United States District Court Judge